## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

BYRON L. CONWAY,                                                                                  PLAINTIFF
ADC # 113285

v.                                        No. 5:10CV00268 JLH-JJV

DR. SHAWN RICHARD, *et al.*                                                                 DEFENDANTS

## ORDER

Plaintiff's Motion to Voluntarily Dismiss Defendants Joy Lloyd and J. Kevin Bice is GRANTED.  Document #46.

IT IS SO ORDERED this 13th day of January, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE