**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

BYRON L. CONWAY,                                                                                     PLAINTIFF
ADC #113285

v.                                              5:10-cv-00268-JJV

SHAWN RICHARD, Dr.; *et al.*                                                                   DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion to Dismiss (Doc. No. 93). Plaintiff states he "wishes to voluntarily dismiss this lawsuit due to [his failure to] exhaust his available [administrative] remedies against the remaining defendants in this case." Accordingly, Plaintiff's Motion is GRANTED (Doc. No. 93), this case is DISMISSED without prejudice, and all pending motions are DENIED as moot.

IT IS SO ORDERED this <u>17th</u> day of May, 2012.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE