**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

BYRON L. CONWAY,                                                                     PLAINTIFF
ADC #113285

v.                                5:10-cv-00268-JJV

SHAWN RICHARD, Dr.; *et al.*                                    DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.

DATED this 17th day of May, 2012.

                                                  _____
                                                  JOE J. VOLPE
                                                  UNITED STATES MAGISTRATE JUDGE