**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

BYRON L. CONWAY,                                                                  PLAINTIFF
ADC #113285


v.                                          5:10-cv-00268-JJV


SHAWN RICHARD, Dr.; *et al.*                                          DEFENDANTS

**<u>JUDGMENT</u>**

     Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is DISMISSED without prejudice.

     DATED this <u>17th</u> day of May, 2012.



_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE